# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 9, 2020

## NO. 03-19-00638-CR

### Ex parte David Wayne Ford

### APPEAL FROM THE 424TH DISTRICT COURT OF BLANCO COUNTY
### BEFORE JUSTICES GOODWIN, KELLY, AND SMITH
### DISMISSED AS MOOT -- OPINION BY JUSTICE KELLY

This is an appeal from the trial court's denial of appellant's pretrial application for writ of habeas corpus. Having reviewed the record, the Court agrees that the appeal should be dismissed. Therefore, the Court dismisses the appeal as moot. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.